Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

---

In Re:  Jerry W Meece Jr.
       Karen E Meece
           Debtor(s)

SSN/TAX ID:
    xxx−xx−7545
    xxx−xx−4982

Case No.: 3:08−bk−34582

Chapter: 7

Judge:  Guy R Humphrey

---

### NOTICE OF FILING OF PROOF OF CLAIM

To: Beneficial/HFC

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

       United States Bankruptcy Court
       Southern District of Ohio
       120 West Third Street
       Dayton, OH 45402−1819

This proof of claim is referred to as claim # 4

Dated: March 27, 2014

                FOR THE COURT:
                Kenneth Jordan
                Clerk, U.S. Bankruptcy Court