FORM 9 (Rev. 11/93)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In the matter of:                               | Case No. 08-34582
MEECE, JERRY W, JR.                  |
MEECE, KAREN E                         | Chapter 7
                                                       |
                                                       | Judge  Guy R. Humphrey

NOTICE TO THE CLERK OF SMALL DIVIDENDS
AND UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The check in the amount of $3,999.41 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Beneficial/Hfc<br>Po Box 1547<br>Chesapeake, VA 23327 | 4 | $ 1,749.00 |
| Beneficial/Hfc<br>Po Box 1547<br>Chesapeake, VA 23327 | 4 - Interest | $ 172.17 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | 6 | $ 1,272.00 |
| Cap One<br>Po Box 85520<br>Richmond, VA 23285 | 6 - Interest | $ 125.21 |
| Lebanon Medical Group<br>1004 Oregonia Rd.<br>Lebanon, OH 45036 | 7 | $ 100.00 |

| | | |
|---|---|---|
| Lebanon Medical Group<br>1004 Oregonia Rd.<br>Lebanon, OH 45036 | 7 - Interest | $ 9.84 |
| Wffinance<br>7043 Yankee Rd.<br>Liberty Township, OH 45044 | 11 | $ 520.00 |
| Wffinance<br>7043 Yankee Rd.<br>Liberty Township, OH 45044 | 11 - Interest | $ 51.19 |

═══════════════════════════════════════════════════════════════════

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $9.84 | $3,989.57 |

**11/6/2014**                                               */s/ **John Paul Rieser**

Dated: _____

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@riesermarx.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403